GMK:MJB:may

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAMAINE BROWN,** | : | CIVIL NO. 1:22-cv-00404 |
| Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **UNITED STATES OF** | : | |
| **AMERICA, et al.,** | : | |
| Defendants | : | Filed Electronically |

## UNITED STATES' MOTION TO DISMISS FOR LACK OF JURISDICTION AND/OR FAILURE TO STATE A CLAIM

Defendant, the United States of America asks this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12 (b)(1) and/or 12(b)(6). The United States will file a brief in support of this motion in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that she has not obtained concurrence from the plaintiff pursuant to M.D. Local Rule 7.1 because plaintiff is a prisoner proceeding *pro se*.

                                                            Respectfully submitted,

                                                            Gerard M. Karam
                                                            United States Attorney

                                                            /s/Michael Butler
                                                            Michael Butler
                                                            Assistant United States Attorney
                                                            PA 81799
                                                            Maureen A. Yeager
                                                            Paralegal Specialist
                                                            235 N. Washington Ave., Ste. 311
                                                            P.O. Box 309
                                                           Scranton, PA   18503
                                                           Tel: (717)221-4482
                                                           Fax: (717)221-4493
Date: August 26, 2022                         Michael.J.Butler@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAMAINE BROWN,** | : | CIVIL NO. 1:22-cv-00404 |
| Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on August 26, 2022, she served a copy of the attached

## UNITED STATES' MOTION TO DISMISS FOR LACK OF JURISDICTION AND/OR FAILURE TO STATE A CLAIM

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Scranton, Pennsylvania.

ADDRESSEE:

Tramaine Brown
Reg. No. 91240-053
FCI Schuylkill-Satellite Camp
Federal Correctional Institution
P.O. Box 670
Minersville, PA 17954

/s/Maureen A. Yeager
Maureen A. Yeager
Paralegal Specialist