# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TRAMAINE BROWN | ) |
|---|---|
| Plaintiff, | ) |
| Vs. | ) NO. 1:22-cv-00404-YK |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

FILED SCRANTON SEP 2 6 2022 PER ___ DEPUTY CLERK

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Tramaine Brown, appearing *pro se*, files his Opposition to the Government's motion seeking a dismissal of this action pursuant to Fed. R. Civ. Proc. 12(b)(1) for lack of jurisdiction or pursuant to Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim upon which relief can be granted, and respectfully request that this Court deny the Government's motion. A memorandum of law in support is being filed contemporaneously with this Opposition.

Respectfully submitted,

September 21, 2022

Tramaine Brown
Reg. No. 91240-053
FPC Schuylkill
P.O. Box 670
Minersville, PA 17954

# Table of Contents

Table of Authorities .................................................................................................................. ii

Introduction .............................................................................................................................. 1

Argument in Opposition ........................................................................................................... 2

    A.      **Discretionary Function Exception to the FTCA Does Not Apply since the acts Giving Rise to the Injury Did Not Involve an Element of Judgment or Choice** ............................................................................................................ 2-7

    B.      **Brown has plead sufficient facts to state a plausible negligence claim** ....... 7-12

    C.      **Brown has adequately plead assault and battery and Intentional Infliction of Emotional Distress (IIED) against Defendant Miller** ................................ 13-15

    D.      **Conversion of the Government's Motion into Summary Judgment would be inappropriate before Brown has an opportunity to conduct discovery** .... 16-17

    E.      **Motion for Leave to Amend** ............................................................................ 18

Conclusion ............................................................................................................................. 18

Certificate of Service ............................................................................................................. 19

# TABLE OF AUTHORITIES

**CASES:**                                                                                                    **PAGE:**

*Anderson v. Liberty Lobby, Inc.,*
    477 U.S. 242, 250 n.5 (1986) ................................................................................17

*Ashcroft v. Iqbal,*
    556 U.S. 662 (2009) ...............................................................................................12

*Belcher v. United States,*
    No. 4:03-CV-1252, 2007 WL 2155696, at *3 (M.D. Pa. July 25, 2007) ......11

*Bell Atlantic Corp. v. Twombly,*
    550 U.S. 544, 555 (2007) ......................................................................................12

*Bistrian v. Levi,*
    No. CV 08-3010, 2020 WL 6951048, at *26 (E.D. Pa. Aug. 21, 2020) .........4

*Carlyle v. United States,*
    674 F.2d 554, 556 (6th Cir.1982) ..........................................................................3

*Cecile Industries, Inc. v. United States,*
    793 F.2d 97, 99 (3rd Cir. 1986) ..............................................................................4

*Celotex Corp. v. Catrett,*
    477 U.S. 317, 322 (1986) ......................................................................................16

*Cestonaro v. United States,*
    211 F.3d 749, 756 n. 5 (3rd Cir. 2000) ..................................................................2

*Chuy v. Philadelphia Eagles Football Club,*
    595 F.2d 1265, 1273–74 (3rd Cir. 1979) ............................................................15

*Conley v. Gibson,*
    355 U.S. 41, 47 (1957) ..........................................................................................12

*Delta Savings Bank v. United States,*
    265 F.3d 1017, 1026 (9th Cir. 2001) ....................................................................4

*F.D.I.C. v. Meyer,*
    510 U.S. 471, 475 (1994) ..................................................................................4

*Greater Balt. Ctr. for Pregnancy Concerns, Inc. v. Mayor & City Council of Balt.,*
    721 F.3d 264, 281 (4th Cir. 2013) ..................................................................17

*Haines v. Kerner,*
    404 U.S. 519 (1972)........................................................................................18

*Harrods Ltd. v. Sixty Internet Domain Names,*
    302 F.3d 214, 246 (4th Cir. 2002) ..................................................................18

*Hishon v. King & Spalding,*
    467 U.S. 69, 73 (1984) ....................................................................................9

*Hossic v. United States,*
    682 F. Supp. 23, 25 (M.D. Pa. 1987)..............................................................11

*Hoy v. Angelone,*
    691 A.2d 476, 482 (Pa. Super. Ct. 1997), aff'd 554 Pa. 134, 151 (1998).....15

*In re Burlington Coat Factory Sec. Litig.,*
    114 F.3d 1410, 1426 (3rd Cir. 1997) ................................................................9

*JBP Acquisitions, LP v. U.S. ex rel. F.D.I.C.,*
    224 F.3d 1260, 1264-1265 (11th Cir. 2000).....................................................5

*Jolly v. Coughlin,*
    76 F.3d 468 (2nd Cir. 1996).............................................................................7

*Jones v. United States,*
    534 F.2d 53, 54 (5th Cir.1976) .......................................................................11

*Macias v. United States,*
    No. 05-1445, 2006 WL 1843111, at *2 (D.N.J. June 30, 2006) ....................11

*Martin v. Evans,*
    551 Pa. 496, 711 A.2d 458, 461 (Pa. 1998)....................................................11

*Maynard v. United States,*
    No. 3:CV-06-2331, 2008 WL 4453199, at *5 (M.D. Pa. Sept. 30, 2008) ......6

*Mest v. Cabot Corp.,*
    449 F.3d 502, 518 (3rd Cir. 2006) ................................................................5

*Molzof v. United States,*
    502 U.S. 301, 305 (1992) ............................................................................11

*Mortensen v. First Federal Savings and Loan,*
    549 F.2d 884, 891 (3rd Cir.1977) ..................................................................2

*N.J. Physicians, Inc. v. President of United States,*
    653 F.3d 234, 241 n.8 (3rd Cir. 2011) ...........................................................8

*Nader v. Blair,*
    549 F.3d 953, 961 (4th Cir. 2008) ...............................................................17

*Nickens v. United States,*
    2006 WL 277013, *5 (M.D. Pa. 2006) ........................................................11

*Pension Benefit Guar. Corp. v. White Consol. Indus.,*
    998 F.2d 1192, 1196 (3rd Cir. 1993) .............................................................9

*Plummer v. United States,*
    580 F.2d 72 (3rd Cir. 1978) ...........................................................................7

*Prescott v. United States,*
    973 F.2d 696, 701 (9th Cir.1992) ..................................................................3

*Raby v. Livingston,*
    600 F.3d 552, 561 (5th Cir. 2010) ...............................................................17

*Richards v. United States,*
    369 U.S. 1, 6 (1962) ....................................................................................10

*Robb v. Philadelphia,*
    733 F.2d 286, 290 (3rd Cir. 1984) .................................................................9

*Ruhrgas AG v. Marathon Oil Co.*,
    526 U.S. 574, 583 (1999) ............................................................................................8

*S. Walk at Broadlands Homeowners' Ass'n v. Open Band at Broadlands, LLC*,
    713 F.3d 175, 185 (4th Cir. 2013) ..............................................................................8

*Schindler v. United States*,
    661 F.2d 552, 560-61 (6th Cir. 1981) .........................................................................5

*Sea Air Shuttle Corp. v. United States*,
    112 F.3d 532, 536 (1st Cir. 1997) ...............................................................................4

*Sosa v. Alvarez-Machain*,
    542 U.S. 692, 700 (2004) ..........................................................................................10

*Steel Co. v. Citizens for a Better Environment*,
    523 U.S. 83, 101 (1998) ..............................................................................................8

*Stewart v. United States*,
    199 F.2d 517, 520 (7th Cir.1952) ................................................................................3

*Trump Hotels & Casino Resorts, Inc., v. Mirage Resorts Inc.*,
    140 F.3d 478, 483 (3rd Cir. 1998) ...............................................................................9

*United States v. Chestaro*,
    197 F.3d 600, 606 (2nd Cir. 1999) .............................................................................14

*United States v. Muniz*,
    374 U.S. 150, 164-165 (1963) .....................................................................................7

*United States v. Ramirez*,
    233 F.3d 318 (5th Cir. 2000) .....................................................................................14

*Wagner v. Anzon, Inc.*,
    684 A.2d 570, 574 (Pa. Super. Ct. 1996) ....................................................................5

*Warth v. Seldin*,
    422 U.S. 490, 501 (1975) ............................................................................................9

*Wells v. Thomas,*
   569 F.Supp. 426, 433 (E.D. Pa.1983)..................................................................15

*Zynn v. O'Donnell,*
   688 F.2d 940, 941 (3rd Cir. 1982)..........................................................................9

**FEDERAL STATUTES:**

18 U.S.C. §§4042(a)(2)-(3) .............................................................................................11

18 U.S.C. §4042 ..............................................................................................................11

28 U.S.C. §1346(b)(1) ......................................................................................................4

28 U.S.C. §1915 ..............................................................................................................12

28 U.S.C. §2674 ..............................................................................................................10

28 U.S.C. §2675(a) .........................................................................................................10

**FEDERAL RULES OF CIVIL PROCEDURE:**

Fed. R. Civ. P. 12(b)(1) .................................................................................................2, 3

Fed. R. Civ. P. 12(b)(6) ................................................................ 2, 7, 8, 9, 12, 13, 15, 16

Fed. R. Civ. P. 15(a) .......................................................................................................18

Fed. R. Civ. P. 56(d) ................................................................................................. 16-18

Tramaine Brown 91240053
FPC Schuylkill
P.O. Box 670
Minersville PA. 17954

RECEIVED
SCRANTON

SEP 26 2022

PER _____ DEPUTY CLERK

William J. Nealon Federal Bldg. + U.S. Courthouse
235 N. Washington Ave.
Scranton, PA. 18503

7021 1970 0001 1625 8608

CERTIFIED MAIL

"Legal Mail"